1   MATT GONZALEZ (SBN 153486)
    G. WHITNEY LEIGH (SBN 153457)
2   BRYAN W. VERESCHAGIN (SBN 188608)
    BRIAN BRAZIER (SBN 245004)
3   MATT SPRINGMAN (SBN 252508)
    GONZALEZ & LEIGH, LLP
4   Two Shaw Alley, Third Floor
    San Francisco, CA  94105
5   Telephone:  (415) 512-2000
    Facsimile:  (415) 512-2001
6
    Attorneys for Defendant
7   SUSAN POLGAR

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA CHESS          CASE NO. 3:08-cv-05126-MHP
13  FEDERATION, an Illinois non-for profit
    corporation, RANDALL D. HOUGH, an       **JOINT STIPULATION AND [PROPOSED]**
14  individual,                             **ORDER TO EXTEND DEFENDANT**
                                            **SUSAN POLGAR'S TIME TO FILE**
15              Plaintiffs,                  **RESPONSIVE PLEADINGS**

16        vs.

17  SUSAN POLGAR, an individual, GREGORY
    ALEXANDER, an individual, and DOES 1-10,
18  inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

WHEREAS, Defendant, Susan Polgar, is currently out of the country and thus unable to confer with her counsel regarding her answer to Plaintiffs' complaint, and/or any cross-complaints, or any motion to dismiss she may wish to file, and

WHEREAS Defendant removed this case to the Northern District on November 10, 2008, and

WHEREAS Defendant's responsive pleading, or cross complaint is now due, the parties hereby stipulate to extend the time for Defendant to file any responsive pleadings to **December 1, 2008**.

The parties also agree that any motion Defendant may file in response to Plaintiffs' Complaint would be calendared so that Plaintiffs' opposition would be due no earlier than January 15, 2009.

Additionally both parties agree that the present agreement applies only to Defendant's responsive pleadings and not to any ancillary motions Defendant may file.

Dated: November 19, 2008        GONZALEZ & LEIGH, LLP


By: _/s/ G. Whitney Leigh_
      G. Whitney Leigh
      Attorneys for Defendant
      SUSAN POLGAR

Dated: November 19, 2008        KRONENBERGER BURGOYNE, LLP


By: _/s/ Karl S. Kronenberger_
      Karl S. Kronenberger
      Attorneys for Plaintiff
      UNITED STATES OF AMERICA CHESS
      FEDERATION, INC.

**IT IS SO ORDERED.**

Dated: _____11/20/2008_____

IT IS SO ORDERED

Judge Marilyn H. Patel

_____ RT JUDGE