1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES CHESS FEDERATION et al,          No. C 08-5126 MHP

           Plaintiff(s),          **ORDER GRANTING EFILE STATUS**

  v.

SUSAN POLGAR et al,

           Defendant(s).

_____/

      Having been advised by defendant Gregory Alexander  that he is willing and able to participate in the court's Electronic Case Filing ("ECF") program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, it is hereby ordered that the above-entitled case is designated to the ECF program.  Plaintiff shall register as an e-filer within ten days of the date of this order, and thereafter shall comply with all the rules regarding e-filing and all of the orders of this court.  Please consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

      Defendant's  motion to e-file is GRANTED.

Dated: January 28, 2009

_____

MARILYN HALL PATEL
United States District Judge